## STOCKER v. DEMPSEY.

No. 9706—Opinion Filed April 27, 1920.

(Syllabus by the Court.)

**Appeal and Error—Failure to File Brief—Dismissal.**

Where plaintiff in error fails and neglects to file briefs, as required by rule 7 of this court (47 Okla. vi), the appeal will be dismissed for want of prosecution.

Error from County Court, Haskell County; Duke Frederick, Judge.

Action between W. L. Stocker and A. Dempsey, a minor, by his legal guardian, Mrs. A. E. Dempsey. From the judgment, Stocker brings error. Dismissed.

Clark & Foster, for defendant in error.

RAINEY, J. This proceeding in error was filed in this court on January 14, 1918, and was duly assigned for submission on February 17, 1920, on which day it was dismissed for want of prosecution. On February 24, 1920, upon application of plaintiff in error, the cause was reinstated and plaintiff in error given 20 days within which to file brief, and the cause was duly submitted on April 13, 1920. No briefs having been filed within the extension of time granted, the cause is dismissed for want of prosecution. Balch v. Pickard, 72 Oklahoma, 179 Pac. 10; Brown v. Thompson, 46 Okla. 446, 149 Pac. 122.

OWEN, C. J., and KANE, HARRISON, JOHNSON, and BAILEY, JJ., concur.